# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SANG DAE HAN,<br><br>    Petitioner,<br><br>    v.<br><br>J. LIZARRAGA, Warden,<br><br>    Respondent. | No. CV 14-6572-DSF (PLA)<br><br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is dismissed with prejudice.

DATED: 10/16/15

HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE